UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Padmaja Chowdhary
                              Plaintiff,

v.                                                       Case No.: 1:20−cv−03321
                                                        Honorable Steven C. Seeger

Debt Recovery Solutions, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 17, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Notice of Settlement (Dckt. No. [7]), which reported that the parties "have settled all claims between them in this matter" and are in the process of finalizing the paperwork. In light of the representation that the parties have settled in principle, this case is hereby dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice unless the parties seek and obtain relief of Court by August 21, 2020. The parties reported that they may want this Court to "retain jurisdiction for any matters related to completing and/or enforcing the settlement." The Court directs counsel to read the entry about "Settlement Dismissal Orders" on Judge Seeger's webpage. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.